UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        *Plaintiff*,<br><br>    v.<br><br>FANE LOZMAN,<br><br>        *Defendant*. | Case No. 9:21-CV-81119 |

## COMPLAINT

Plaintiff, United States of America ("United States"), through its undersigned attorneys, by the authority of the Attorney General of the United States, and at the request of the Secretary of the Army acting through the United States Army Corps of Engineers ("Corps"), files this Complaint and alleges as follows:

## NATURE OF THE ACTION

1. The United States brings this civil enforcement action under sections 12 and 17 of the Rivers and Harbors Appropriation Act of 1899 ("RHA"), 33 U.S.C. §§ 406, 413, against Defendant Fane Lozman.

2. As alleged herein, Defendant built and is building structures in waters of the United States without authorization, in violation of RHA section 10, 33 U.S.C. § 403.

3. As alleged herein, Defendant also created an obstruction to the navigable capacity of a water of the United States without authorization, in violation of RHA section 10, 33 U.S.C. § 403.

4. The United States seeks injunctive and other relief as requested herein.

## JURISDICTION AND VENUE

5. This Court has subject-matter jurisdiction pursuant to 33 U.S.C. § 406 and 28 U.S.C. §§ 1331, 1345.

6. Venue is proper in the Southern District of Florida pursuant to 33 U.S.C. § 406 and 28 U.S.C. § 1391(b), because the unauthorized structures exist in this District and the events giving rise to this claim occurred in this District.

## THE PARTIES

7. Plaintiff in this action is the United States of America. Authority to bring this action is vested in the United States Department of Justice. *See* 28 U.S.C. § 516; 33 U.S.C. § 413.

8. Defendant Fane Lozman is an individual residing in this District.

## FACTUAL ALLEGATIONS

**A.  The Site**

9. Defendant owns a parcel of real estate in Palm Beach County, Florida, with parcel identification number 56-43-42-22-00-001-0200.

10. For purposes of this Complaint, the parcel of real estate described in Paragraph 9 is the "Site."

11. The address of the Site is 5101 North Ocean Drive, Riviera Beach, Florida 33408.

12. Part of the Site is submerged land within Lake Worth Lagoon.

13. Lake Worth Lagoon is subject to the ebb and flow of the tide.

14. Lake Worth Lagoon is used or may be susceptible for use to transport interstate or foreign commerce.

**B.     Defendant's Conduct**

15.     On or before June 9, 2020, and continuing to the present, Defendant or persons acting at his direction, built or installed structures in Lake Worth Lagoon adjacent to and in waters over a submerged part of the Site.

16.     The structures consist of modules of approximately ten inches of Styrofoam topped with three to four inches of concrete.

17.     Defendant arranged certain modules into four larger structures that measure approximately 100 feet, 80 feet, 40 feet, and 30 feet in length.

18.     Defendant installed an approximately twenty-foot-by-seven-foot shipping container on top of the module that measures approximately eighty feet in length.

19.     Defendant connected certain modules to mangroves on the shore of the Site using chain and rope.

20.     In or around January 2021, Defendant attempted to drive pilings into submerged land in Lake Worth Lagoon and connect certain modules to those pilings.

21.     Defendant built or installed the structures in a portion of Lake Worth Lagoon where no harbor lines have been established.

22.     At no time did Defendant or any person on Defendant's behalf apply for or secure authorization to build the structures alleged herein pursuant to 33 U.S.C. § 403 or 33 C.F.R. § 322.3(a).

23.     On or about January 12, 2021, the Corps issued a Notice of Violation to advise Defendant that the unauthorized structures that Defendant built in Lake Worth Lagoon are unlawful and to cease and desist conducting such activities in waters of the United States.

24. The structures, including the manner in which Defendant is securing the structures in place, present a hazard to safety and navigation on Lake Worth Lagoon.

25. For example, in at least three separate incidents some of Defendant's unauthorized structures became unmoored and drifted into Lake Worth Lagoon. These incidents created an increased risk to navigation, property, and public safety.

26. Defendant continued building unauthorized structures in Lake Worth Lagoon at the Site after the Corps issued the Notice of Violation. For example, Defendant rearranged the structures after the Corps issued the Notice of Violation. Defendant built a staircase and affixed the staircase and additional building materials to the top of the shipping container that Defendant placed on one of the floating modules. And Defendant re-moored unauthorized structures that drifted away from the Site and into Lake Worth Lagoon.

## CLAIM: BUILDING STRUCTURES IN WATERS OF THE UNITED STATES WITHOUT AUTHORIZATION

27. The United States repeats the allegations set forth in Paragraphs 1–26.

28. RHA section 10 prohibits "[t]he creation of any obstruction not affirmatively authorized by Congress, to the navigable capacity of any of the waters of the United States." 33 U.S.C. § 403.

29. RHA section 10 also makes it unlawful "to build or commence the building of any wharf, pier, dolphin, boom, weir, breakwater, bulkhead, jetty, or other structures in any port, roadstead, haven, harbor, canal, navigable river, or other water of the United States, outside established harbor lines, or where no harbor lines have been established, except on plans recommended by the Chief of Engineers and authorized by the Secretary of the Army." 33 U.S.C. § 403.

30. A Department of Army permit is required under RHA section 10 for structures or work in or affecting navigable waters of the United States. 33 C.F.R. § 322.3(a).

31. "Navigable waters of the United States are those waters that are subject to the ebb and flow of the tide and/or are presently used, or have been used in the past, or may be susceptible for use to transport interstate or foreign commerce. A determination of navigability, once made, applies laterally over the entire surface of the waterbody, and is not extinguished by later actions or events which impede or destroy navigable capacity." 33 C.F.R. § 329.4.

32. A "structure" includes, but is not limited to, "any pier, boat dock, boat ramp, wharf, dolphin, weir, boom, breakwater, bulkhead, revetment, riprap, jetty, artificial island, artificial reef, permanent mooring structure, power transmission line, permanently moored floating vessel, piling, aid to navigation, or any other obstacle or obstruction." 33 C.F.R. § 322.2(b).

33. Defendant, or persons acting at Defendant's direction, built the structures alleged herein.

34. The structures that Defendant built are "structures" within the meaning of the RHA, and require authorization under RHA section 10 and the Corps' implementing regulations.

35. Lake Worth Lagoon is a navigable water of the United States within the meaning of the RHA.

36. The structures that Defendant built or installed in Lake Worth Lagoon are also obstructions to the navigable capacity of Lake Worth Lagoon.

37. Defendant violated and continues to violate RHA section 10, 33 U.S.C. § 403, by (a) building structures in Lake Worth Lagoon, as alleged herein, without a permit; and

(b) creating an obstruction to the navigable capacity of Lake Worth Lagoon, as alleged herein, without a permit.

## PRAYER FOR RELIEF

38. WHEREFORE, the United States respectfully requests that the Court order the following relief:

    a.    Enjoin Defendant from further building structures in waters of the United States, except in compliance with the RHA;

    b.    Compel Defendant to remove the unauthorized structures alleged herein from waters of the United States;

    c.    Award the United States costs and disbursements in this action; and

    d.    Grant any such other relief as the Court may deem just and proper.

Dated:  June 25, 2021

*Of Counsel:*

Alexandra Holliday
U.S. Army Corps of Engineers
701 San Marco Boulevard
Jacksonville, FL 32207
Tel: (904) 232-1041
Alexandra.M.Holliday@usace.army.mil

Respectfully submitted,

JEAN E. WILLIAMS
Acting Assistant Attorney General

/s/ Brandon N. Adkins
BRANDON N. ADKINS (Bar ID No. A5502752)
SYDNEY A. MENEES (Bar ID No. A5502755)
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 616-9174
Fax: (202) 514-8865
Brandon.Adkins@usdoj.gov

JUAN ANTONIO GONZALEZ
Acting United States Attorney

DEXTER LEE (FL Bar No. 936693)
Assistant United States Attorney
Southern District of Florida
99 N.E. 4th Street
Miami, FL 33132
Tel: (305) 961-9320
Fax: (305) 530-7679
DLee@usa.doj.gov

*Attorneys for the United States*