IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No: 9:21-CV-81119-DMM

United States of America,

    Plaintiff,

vs.

Fane Lozman,

    Defendant.



FILED BY _CoS_ D.C.

NOV 14 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

**DEFENDANT'S MOTION FOR A PRELIMINARY INJUNCTION, BASED ON NEW AUTHORITY, TO ISSUE AN ORDER DIRECTING THE COURT ADMINISTRATOR/CLERK OF COURT TO ALLOW FOR ELECTRONIC FILING FOR ALL *PRO SE* LITIGANTS**

Two years ago, the Court denied Defendant Fane Lozman's motion to file electronically. Dkt. 13. Since then, the United States Court of Appeals for the Eleventh Circuit has changed its ECF rules and now allows for *pro se* electronic filing. Exhibit 1. Yet the Southern District of Florida is alone in the twilight zone of judicial inefficiency by refusing to allow electronic *pro se* filing.

This Southern District local rule is contrary to the *Strategic Plan for the Federal Judiciary,* September 2020 Judicial Conference of the United States[1], which holds as a core value, *Equal Justice*, the "fairness and impartiality in the administration of justice;

---

[1] https://www.uscourts.gov/sites/default/files/federaljudiciary_strategicplan2020.pdf

accessibility of court processes; and treatment of all with dignity and respect." Another core value *Accountability* ("efficient use of resources") is ignored because the local rule that denies *pro se* electronic filing results in the waste of clerk's staff time to scan each *pro se* filing. *Pro se* litigants due process is continuing to be violated by a local rule that no longer has any legal footing to stand on.

There is no denying that society has moved from paper to electronic communications. And so have the vast majority of federal and state courts for *pro se* filings. But putting everything else aside, the Eleventh Circuit has changed its *pro se* electronic filing rule, which gives this Court the sufficient authority it requires to enter an order bringing the Southern District into compliance with the Appellate Court and the Strategic Plan for the Federal Judiciary.

The United States of America does not oppose this motion.

Dated: November 7, 2023

By _____

Fane Lozman

Fane Lozman
c/o TRG
149 Fern Street
Jupiter, FL  33458
fane@fanelozman.com
(786) 251-5868

## **CERTIFICATE OF SERVICE**

I, Fane Lozman, certify that on this 7th day of November 2023, I served the foregoing via email to:

Brandon Adkins
United States Department of Justice
Brandon.Adkins@usdoj.gov

Dexter Lee
United States Attorney's Office
Dexter.Lee@usdoj.gov



# UNITED STATES COURT OF APPEALS
## for the Eleventh Circuit
*Honorable William H. Pryor Jr., Chief Judge*

Text Size:

Search this site [GO]

| About the Court | Judges | E-Filing Information (CM/ECF) | Fees & Filing Instructions | Rules & Procedures | Forms & Information | Opinions / Oral Arguments | En Banc Matters |

Attorney Forms and Information

Pro Se Forms and Information

Law Student Practice Forms

General Practice Forms and Checklists

Mediation Forms and Information

Pattern Jury Instructions

Disability Access Information

Home » Forms & Information

## Pro Se Forms and Information

**Non-Incarcerated Pro Se Parties May File Electronically.** All non-incarcerated pro se litigants may register at www.pacer.gov to file electronically using this Court's Electronic Case Files (ECF) system (See 11th Cir. R. 25-3(a)). Information and training materials related to electronic filing are available at www.ca11.uscourts.gov/e-filing-cmecf-information.

Pro Se Handbook (with example forms) (Rev. 2/22)

Pro Se Certificate of Interested Persons Form (Rev. 2/23)

Pro Se Certificate of Service Form (Rev. 12/20)

CJA 23 Financial Affidavit (Rev. 3/21)

Motion for Permission to Appeal In Forma Pauperis with Affidavit (Rev.1/22)

28 USC § 2244(b) Application for Leave to File a Second or Successive Habeas Corpus Petition (Rev. 06/23)

28 USC § 2255 Application for Leave to File a Second or Successive Motion to Vacate, Set Aside or Correct Sentence (Rev. 06/23)

