**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 21-CV-81119-MIDDLEBROOKS

UNITED STATES OF AMERICA

    Plaintiff,

v.

FANE LOZMAN,

    Defendant.

_____/

**FINAL JUDGMENT**

This CAUSE comes before the Court in light of my Order on Plaintiff's Motion for Summary Judgment. (DE 117). Accordingly, it is **ORDERED AND ADJUDGED**:

1) Final Judgment is entered in favor of Plaintiff, the United States of America, and against Defendant, Fane Lozman.

2) Defendant shall remove his floating home and the floats upon which it rests from the waters of Lake Worth Lagoon (i.e., below the mean high water) unless and until he obtains authorization for the structures from the United States Army Corps of Engineers.[1]

---

[1] Defendant may need to obtain authorization from state and local regulators as well.

3) Defendant shall file a Notice of Completion that he removed the three floating docks and shipping container from the waters of Lake Worth Lagoon within thirty days of the issuance of this Order.

**SIGNED** in Chambers, in West Palm Beach, Florida, this 14 day of March, 2024.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Cc:
attorneys of record

Fane Lozman
C/O TRG
149 Fern Street
Jupiter, FL 33458
fane@fanelozman.com
PRO SE